UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH COUNCE,<br><br>                    Petitioner,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No.    CV 14-2035 PA<br>         CR 89-438(A) RMT<br><br>JUDGMENT |

Pursuant to this Court's Order of October 14, 2014, Denying Petitioner's Motion for Relief Pursuant to 28 U.S.C. §§ 2241 and 2244,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice for lack of subject matter jurisdiction.

DATED:  October 14, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE